UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT DESROSIERS, by and through his Guardian Ad Litem, GENE DESROSIERS,<br><br>           Plaintiff,<br><br>   v.<br><br>MITSUBISHI AIRCRAFT INTERNATIONAL, INC; MITSUBISHI HEAVY INDUSTRIES AMERICA, INC., et al.,<br><br>           Defendants. | 1:93-cv-5733 OWW DLB<br><br>ORDER RE DISBURSEMENT OF FUNDS FOR BENEFICIARIES |

    Before the Court is the Disbursement Request of Kelly S. Russell, formerly Kelly S. Garnett, as Guardian Ad Litem and Custodian of Funds for Lauren M. Garnett, Jennifer M. Garnett, Sarah M. Garnett and Diana W. Garnett.  Ms. Garnett has requested that the Court release the balance of funds held in trust for the benefit of Sarah M. Garnett, a minor, in the federally insured financial institution, USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, Texas 78288, account number 030-1918-7. The balance of that custodial account is currently $8,830.32. Good cause has been shown for the disbursement of the balance of

the account to Kelly S. Russell to pay to or on behalf of Sarah M. Garnett expenses related to Sarah M. Garnett's college education.

Further request is made to disburse $3,000.00 from the trust account for Diana W. Garnett to pay for classes in culinary school from USAA Federal Savings Bank, account number 030-1917-9.

Good cause has been established that Kelly S. Russell, formerly Kelly S. Garnett, as Guardian Ad Litem and Custodian of the trust accounts for Sarah M. Garnett and Diana W. Garnett is hereby authorized to:

1. Disburse to or on behalf of Sarah M. Garnett the balance of funds held in USAA Federal Savings Bank account number 030-1918-7;

2. Disburse to or on behalf of Diana W. Garnett the sum of $3,000.00 from USAA Federal Savings Bank, account number 030-1917-9.

IT IS SO ORDERED.

Dated:   August 15, 2007            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE